AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RALPH HOWARD BLAKELY,

        Petitioner,

v.

KENNETH ANTHONY QUINN,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-316-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Petition under 28 U.S.C. 2254 for Writ of Habeas Corpus is DISMISSED with prejudice.

Judgment is entered in favor of Respondent.

September 11, 2008                       JAMES R. LARSEN
*Date*                                                 *Clerk*

                                                           s/ Shirley Peters
                                                           *(By) Deputy Clerk*

                                                           Shirley Peters